IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ANDREW DAVIS,

      Petitioner,                    No. CIV S-10-1812 EFB P

   vs.

M. MARTEL,

      Respondent.              ORDER

                               /

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

      Petitioner challenges a conviction in the Fresno County Superior Court and so this action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d). The court will not rule on petitioner's application leave for to proceed *in forma pauperis* or his motion for appointment of counsel.

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

      2. The Clerk of Court shall assign a new case number.

////

1    3. All future filings shall bear the new case number and shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED: July 21, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE